UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANESHA ALLEN and SHAKERA ALLEN-WHITE,<br><br>      Plaintiffs,<br><br>v.<br><br>BLOOMINGDALES, INC., MACY'S, INC., and JOHN DOE 1-100,<br><br>      Defendants. | Civ. No. 16-0772 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' motion to remand. *See* ECF No. 4.

On July 19, 2016, the Honorable Mark Falk filed a Report and Recommendation recommending that the undersigned deny Plaintiffs' motion. *See* ECF No. 13. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 30th day of August 2016, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

2

**ORDERED** that Plaintiffs' motion to remand is **DENIED**.

/s/ William J. Martini<br>**WILLIAM J. MARTINI, U.S.D.J.**

cc:   The Hon. Mark Falk, U.S.M.J.